**George A. COLE, II, Plaintiff–Appellant,**

v.

**Sunny MROTEK, Officer, Prince George's County; Prince George's County Police Department; Prince George's County, Maryland; State of Maryland; Paul Dougherty, Defendants–Appellees.**

**No. 02–2102.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 13, 2003.

Decided March 10, 2003.

George A. Cole, II, Appellant Pro Se. Krystal Quinn Alves, Office of Law for Prince George's County, Upper Marlboro, Maryland, for Appellees.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

George A. Cole, II, appeals the district court's order denying relief in his 42 U.S.C. § 1983 (2000) action. We have reviewed the existing record and find no basis for appellate relief. *Graham v. Connor*, 490 U.S. 386, 396, 109 S.Ct. 1865, 104 L.Ed.2d 443 (1989); *Anderson v. Russell*, 247 F.3d 125, 129 (4th Cir.), *cert. denied*, 534 U.S. 949, 122 S.Ct. 342, 151 L.Ed.2d 258 (2001). Accordingly, we affirm the district court's order. *See Cole v. Mrotek*, No. CA–01–2626 (D.Md. Sept. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*